**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| SAMANTHA J. FOULKE,         ) | |
| )| |
|     **Plaintiff**         ) | |
| ) | |
| v.         )  | No. 1:18-cv-00134-GZS |
| ) | |
| NANCY A. BERRYHILL, Acting         ) | |
| Commissioner of Social Security,         ) | |
| ) | |
|     **Defendant**         ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 27, 2018, his Recommended Decision (ECF No. 24). Plaintiff filed her Objection to the Recommended Decision (ECF No. 25) on September 28, 2018. Defendant filed her Response, as Acting Commissioner of Social Security, (ECF No. 26) on October 1, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED**.

                                                             /s/George Z. Singal
                                                              U.S. District Judge

Dated this 2nd day of October, 2018.